UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA

LATOYA MICHELLE VILLAGOMEZ,
       CLAIMANT,
VS.

Case No. _To be assigned Clerk._
now 23-05147

HERNANDO COUNTY CIRCUIT COURT, ET AL,
STATE OF FLORIDA LEGISLATURE, ET AL,
UNITED STATES DEPARTMENT OF DEFENSE, ET AL,
UNITED STATES ATTORNEY GENERAL, ET AL,
GOVERNOR RON DESANTIS, ET AL.

### MOTION TO ALLOW AN ARBITRATOR TO DECIDE ON PETITION FOR SUMMARY JUDGMENT AND CONFIRMATION OF ARBITRATION AWARD

COMES NOW, the Claimant, LATOYA MICHELLE VILLAGOMEZ, in the above styled cause and does petition this Court to allow an Arbitrator to decide on the Petition for Summary Judgment and Confirmation of the Arbitration Award. As grounds to do so, I offer that:

1. Using a Company that has Independent Arbitrators can and will cut down on the time and cost of litigation.
2. The Arbitrator can possibly make a speedier decision because the Courts sometimes have a backlog of cases that require time and lots of attention and resources.

WHEREFORE PREMISES CONSIDERED, I do pray that this Court grant this Motion as soon as possible.

Date: 9-22-23

Respectfully,
_Latoya Villagomez_

### Certificate of Service

I hereby certify or affirm that I did serve a copy of the foregoing Motion on the Clerk of Court on this the __22__ day of __Sep__, 2023, by placing a copy of the same in the U.S. Mail postage prepaid and properly addressed to:

1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
United States Bankruptcy Court

_Latoya Villagomez_

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

DEC 29 2023

By: _____
       Deputy Clerk

IN THE U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA

## NOTICE AND INTENT TO USE AN ARBITRATOR FOR SUMMARY JUDGMENT

LATOYA MICHELLE VILLAGOMEZ, ET AL
        Claimant,

vs.                                    Case No. _To be assigned by Clerk_
                                                                  now 23-05147

HERNANDO COUNTY CIRCUIT COURT, ET AL.,
STATE OF FLORIDA LEGISLATURE, ET AL.,
UNITED STATES DEPARTMENT OF DEFENSE, ET AL.,
UNITED STATES ATTORNEY GENERAL, ET AL.,
GOVERNOR RON DESANTIS, ET AL.

___

Please be advised that I intend to use an Independent Arbitrator to decide on the Motion for Summary Judgment in reference to Confirmation of the Arbitration Award. Note: If I do not hear from you within 10 calendar days upon receipt of this notice then you buy ∠ ·r tacit acquiescence agree that using an arbitrator to decide on the Summary Judgment is okay and you agree with it. You can opt out of this agreement if I hear from you by writing via certified /registered mail within three calendar upon receipt of this Notice. If not, then by default you agree. You can contact me via certified or registered Mail at:

P.O. Box 681232
Prattville, AL 36068

Date:                                                  _Latoya M Villagomez_
                                                                     Latoya M. Villagomez

### CERTIFICATE OF SERVICE

I I hereby certify or firm that I have served a copy of this notice on the respondents by placing a copy of the same and the U.S. Mail via certified/ registered mail properly address and posted prepaid on this the __19__ day of ____Sep____ 2023

Date:                                                  9-19-23

AFFIDAVIT OF MAILING

# PROOF OF SERVICE

I, _Michael Warren II_, being at or over the age of the majority and not a party to the action, a citizen of the United States of America, did mail the document(s) entitled: _Arbitration Contract, issue of the award, re-issue of the award, petition to confirm arbitration..._ by sending it via Certified Mail Return Receipt in an envelope addressed to the following persons /parties:

1. Arbitration contract, issue & re-issue of the award, petition to arbitration, agreement document, to arbitrate Summer judgement

    Certified Mail No. _____

2. Hernando County Circuit Court 20, N Main St #136 Brooksville, FL 34601

    Certified Mail No. EI 000 966 898 US

3. _____

    Certified Mail No. _____

4. _____

    Certified Mail No. _____

5. _____

    Certified Mail No. _____

6. _____

    Certified Mail No. _____

AFFIDAVIT OF MAILING

I declare under the penalty of perjury under the laws of the united States of America (without the U.S.) that the above is true, correct, and complete and that this Affidavit of Service was executed on September 9, 2023, in Prattville, Alabama.

Date: September 9, 2023

Signature, *[signature]*



Please keep the exhibits private because they contain private information. Well some not the delivery signatures they may be put on the docket.

To whom this may concern please continue to handle the entire Adversary Case on the private side thanks.

Case number 23-05147

I also put an Arbitration Agreement with a opt-out clause they had 10 days. I hoping that I wouldn't need to use it that's why I didn't send it to the court before but if you look at the notary paperwork it was in there. If the court doesn't think confirming the Award is something the court can do I ask that the court make Arbitration Mandatory plus Arbitration is private. An Arbitrator can decide on a Summary Judgement.

I ask the court to please help me.

Latoya Villagomez  12-28-2023

You may email me about any questions.

**FROM:**
Latoya Villagomez
P.O. Box 681232
Prattville, AL 36068

**TO:**
Phone 404-215-1000
United State Bankruptcy Court
Northern District of Georgia
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303